NP20159858

# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A162 | 9688851 | MCHUGH | 1271 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 11/21/21  10:15 | 36 CFR 5.3 |

Place of Offense: HERMIT TRAILHEAD

Offense Description: Factual Basis for Charge   HAZMAT ☐

BUSINESS OPERATIONS WITHOUT A PERMIT

### DEFENDANT INFORMATION   Phone: (

| Last Name | First Name | M.I. |
|---|---|---|
| WOODS | WILLIAM | C. |

Street Address:

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| FLAGSTAFF | AZ | 86004 | /1984 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | AZ | |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair BRO   Eyes BLU   Height 6'4"   Weight 230

### VEHICLE   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | 18 | CHEVY TAHOE | | WHT |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →  $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: TO DISCUSS PRE-TRIAL OPTIONS.
JENNIFER VANDRAGT
(928)556-5011

Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

(handwritten margin: BD-04065-MJ-01-PCT-CDB)

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on November 21, 2021 while exercising my duties as a law enforcement officer in the Federal District of Arizona at approximately 1000 hours, I, US Park Ranger Kate McHugh, was on uniformed patrol with USPR Hunter Hamm at the Hermit Trail Head, within the jursidictional boundaries of Grand Canyon National Park (GRCA). I contacted a group that was being guided without a valid Commercial Use Authorization (CUA). I identified the guide as William C. WOODS of Flagstaff, AZ by his Arizona driver's license.

In November 2020, I was notified of an organization called Canyons and Chefs who was advertising backpacking and hiking trips in GRCA. Canyons and Chefs is owned and operated by William C. WOODS, later identified by TLO. WOODS, under any of his "Does Business As" (DBA) names, does not hold a valid commercial use authorization (CUA) in GRCA. The GRCA CUA coordinator, Larry Glickman notified WOODS not to operate a business in GRCA without a CUA in December 2020. On November 12, 2021, Glickman verified that WOODS does not hold a valid CUA in GRCA.

Canyons and Chefs advertises trips on other National Park Service and Bureau of Land Management lands. I contacted the permit offices and law enforcement rangers in Grand Staircase Escalante National Monument (GSENM) and Glen Canyon National Recreation Area (GLCA). In November 2020, WOODS operated in violation of his GSENM Special Recreation Permit (SRP) and guided in GLCA without a valid CUA. WOODS also told me that he guided a backpacking trip on the Coconino National Forest (CNF) without a permit to guide. I have attempted, but not been able to contact CNF permit coordinators or rangers.

In April 2021, WOODS sold a Grand Canyon trip to a client for $2,900 for two clients, but was diverted to Sedona when WOODS could not obtain a backcountry permit in GRCA for the trip he sold her. The client contacted GRCA and expressed safety and customer service concerns. I flagged WOODS' backcountry account to notify me of he obtained a backpacking permit. On November 5, 2021, I received an automatic notification that WOODS had obtained a backpacking permit for the Boucher-Hermit Loop in GRCA from November 21-25, 2021, a trip he advertises on his website.

On November 21, 2021 at approxaitely 1000 hours, USPR Hamm and I contacted WOODS at the Hermit Trail Head while he was guiding without a valid CUA, which he admitted. His clients told me they paid around $1,500 each and were provided the services of food, equipment, and a guide from WOODS.

I issued WOODS a mandatory court appearance citation for 36 CFR 5.3 Business Operations without a Permit. I followed up with the Grand Canyon CUA Coordinator on WOODS' claims at having a 2022 CUA application submitted, which was not true, so on November 23, 2021 I mailed WOODS a mandatory appearance citation for 36 CFR 2.32(a)(3)(i) False Information.

Contact is audio and video recorded.
A general report is available.
Documents is available: incidents in GSENM and GLCA, web advertising, invoices and correspondence from a former client, GRCA CUA correspondence, GRCA backcountry permits and history.

NP20159858
9688851
A107

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 1/21/21
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 1/18/22
Date (mm/dd/yyyy)   U.S. Magistrate Judge

NP 20159858

# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| 4107 | 9687090 | McHugh | 1271 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 11/21/21  10:15 | 36 CFR 2.32(a)(3)(i) |

Place of Offense

HERMIT TRAILHEAD

Offense Description: Factual Basis for Charge   HAZMAT ☐

FALSE INFORMATION

### DEFENDANT INFORMATION   Ph

| Last Name | First Name | M.I. |
|---|---|---|
| WOODS | WILLIAM | C |

Street Address

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| FLAGSTAFF | AZ | 86004 | 1984 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| — | | AZ | |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair BR   Eyes BL   Height 6'4"   Weight 250

### VEHICLE   VIN: ___   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | 18 | CHEVY TAHOE | | WHT |

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →   $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on November 21, 2021 while exercising my duties as a law enforcement officer in the Federal District of Arizona at approximately 1000 hours, I, US Park Ranger Kate McHugh, was on uniformed patrol with USPR Hunter Hamm at the Hermit Trail Head, within the jursidictional boundaries of Grand Canyon National Park (GRCA). I contacted a group that was being guided without a valid Commercial Use Authorization (CUA). I identified the guide as William C. WOODS of Flagstaff, AZ by his Arizona driver's license.

In November 2020, I was notified of an organization called Canyons and Chefs who was advertising backpacking and hiking trips in GRCA. Canyons and Chefs is owned and operated by William C. WOODS, later identified by TLO. WOODS, under any of his "Does Business As" (DBA) names, does not hold a valid commercial use authorization (CUA) in GRCA. The GRCA CUA coordinator, Larry Glickman notified WOODS not to operate a business in GRCA without a CUA in December 2020. On November 12, 2021, Glickman verified that WOODS does not hold a valid CUA in GRCA.

Canyons and Chefs advertises trips on other National Park Service and Bureau of Land Management lands. I contacted the permit offices and law enforcement rangers in Grand Staircase Escalante National Monument (GSENM) and Glen Canyon National Recreation Area (GLCA). In November 2020, WOODS operated in violation of his GSENM Special Recreation Permit (SRP) and guided in GLCA without a valid CUA. WOODS also told me that he guided a backpacking trip on the Coconino National Forest (CNF) without a permit to guide. I have attempted, but not been able to contact CNF permit coordinators or rangers.

In April 2021, WOODS sold a Grand Canyon trip to a client for $2,900 for two clients, but was diverted to Sedona when WOODS could not obtain a backcountry permit in GRCA for the trip he sold her. The client contacted GRCA and expressed safety and customer service concerns. I flagged WOODS' backcountry account to notify me of he obtained a backpacking permit. On November 5, 2021, I received an automatic notification that WOODS had obtained a backpacking permit for the Boucher-Hermit Loop in GRCA from November 21-25, 2021, a trip he advertises on his website.

On November 21, 2021 at approxaitely 1000 hours, USPR Hamm and I contacted WOODS at the Hermit Trail Head while he was guiding without a valid CUA, which he admitted. His clients told me they paid around $1,500 each and were provided the services of food, equipment, and a guide from WOODS.

I issued WOODS a mandatory court appearance citation for 36 CFR 5.3 Business Operations without a Permit. I followed up with the Grand Canyon CUA Coordinator on WOODS' claims at having a 2022 CUA application submitted, which was not true, so on November 23, 2021 I mailed WOODS a mandatory appearance citation for 36 CFR 2.32(a)(3)(i) False Information.

Contact is audio and video recorded.
A general report is available.
Documents is available: incidents in GSENM and GLCA, web advertising, invoices and correspondence from a former client, GRCA CUA correspondence, GRCA backcountry permits and history.

NP20159858
9687090
A107

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/23/2021    _____
              Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 1/18/2022    _____
              Date (mm/dd/yyyy)    U.S. Magistrate Judge